# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| WAYNE DIEMER, | CIVIL NO. 07-11027 |
| Plaintiff, | |
| vs. | JUDGE ARTHUR J. TARNOW |
| FORD MOTOR COMPANY, et al, | MAGISTRATE JUDGE MONA J. MAJOUB, |
| Defendants.    / | |

## ORDER STRIKING DOCUMENT

Upon review, the Court Strikes: Plaintiff's Motion to Compel Discovery, docket #23.

The Court has determined that this document does not conform with Local Rule 7.1(a)(2)(A).

Therefore, this order shall be put on the docket, and the docket edited to show that the document has been STRICKEN and deemed not a part of the record in this case.

SO ORDERED.


Dated: November 20, 2007         s/ Mona K. Majzoub
                                 MONA K. MAJZOUB
                                 UNITED STATES MAGISTRATE JUDGE


## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: November 20, 2007         s/ Lisa C. Bartlett
                                 Courtroom Deputy